LAW OFFICES
**MORGAN, LEWIS & BOCKIUS LLP**
101 PARK AVENUE
NEW YORK, NEW YORK 10178
(212) 309-6000
ATTORNEYS FOR DEFENDANTS

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

BRUCE DUNN, MICHAEL WEISSMAN AND
JAMES VERRASTER,

                Plaintiffs,

    -against-

STANDARD BANK LONDON LTD., AND
STANDARD INTERNATIONAL HOLDINGS,

                Defendants.

Index No. 05 CV 2749

### AFFIDAVIT OF MARAL N. KAZANJIAN IN
### OPPOSITION TO MOTION FOR RECONSIDERATION AND IN SUPPORT OF
### CROSS-MOTION FOR SUMMARY JUDGMENT

STATE OF NEW YORK   )
                              ) ss.:
COUNTY OF NEW YORK )

       Maral N. Kazanjian, being duly sworn deposes and says:

1.       I am an associate with the law firm of Morgan, Lewis & Bockius LLP, counsel for Defendants Standard Bank London Ltd. ("Standard London") and Standard International Holdings ("Standard International") (collectively "Defendants"). I submit this affidavit in support of Defendants' Cross-Motion for Summary Judgment.

1-NY/2047396.1

1

2.	Attached at tab A is a true and correct copy of the Certificate of Incorporation for Standard New York Trading Corp. ("Standard New York").

3.	Attached at tab B are true and correct copies of Standard New York's Stockholder and Board of Director Meeting Minutes and Resolutions.

4.	Attached at tab C is a true and correct copy of Defendants' Responses to Plaintiffs' First Set of Interrogatories.

5.	Attached at tab D are true and correct copies of Standard New York's U.S. Corporation Income Tax Returns for 2004.

6.	Attached at tab E is a true and correct copy of the relevant pages from the Deposition of Willy Pfiffner ("Pfiffner Dep.").

7.	Attached at tab F is a true and correct copy of Plaintiffs' Second Amended Complaint in this action.

8.	Attached at tab G is a true and correct copy of Plaintiffs' Offer Letters.

9.	Attached at tab H is a true and correct copy of Plaintiff Bruce Dunn's Complaint in this action.

10.	Attached at tab I is a true and correct copy of Plaintiffs' Amended Complaint in this action.

11.	Attached at tab J is a true and correct copy of the Court's January 30, 2006 Opinion and Order.

12.	Attached at tab K is a true and correct copy of the Court's March 7, 2006 Opinion and Order.

I declare under penalty of perjury that the foregoing is true and correct.

Maral N. Kazanjian

Sworn to and subscribed before me
this 26 day of May, 2006.

_____
Notary Public

NORMA E. MONDONEDO
Notary Public, State of New York
No. 01MO4875002
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires 12-24-06